James Russell DAHM, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 71477.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 14, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 8, 1998.

Application for Transfer Denied
Feb. 24, 1998.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for movant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent/respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Movant pled guilty to second degree burglary. Section 569.170, RSMo 1994. Pursuant to a plea bargain, the trial court sentenced him to six years in the Department of Corrections.

Movant filed a Rule 24.035 motion, which the motion court denied without a hearing. On appeal, he alleges the motion court erred in denying a hearing.

The motion court's findings are not clearly erroneous. No error of law appears. An opinion would have no precedential value.

The motion court's judgment is affirmed pursuant to Rule 84.16(b).